

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2022

No. 04-21-00518-CV

**BULVERDE VILLAGE PROPERTY OWNERS ASSOCIATION**,
Appellant

v.

**BULVERDE VILLAGE HOMEOWNERS ASSOCIATION, INC.** a/k/a The Point,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI03243
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:    Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

Appellee filed its Motion to Dismiss for Lack of Jurisdiction Due to Lack of Authority of Appellant POA to Appeal on December 1, 2021. The motion to dismiss is carried with the appeal.

It is so **ORDERED** on February 4, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT